UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JEFFREY BILYEU, et al.,

        Plaintiff,

v.                              Case No. 3:21-CV-352

UT-BATTELLE, LLC,

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Plaintiffs**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**Utah**

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/19/21

*/s/ Annika Boone*

(Signature–hand signed)

Name: Annika M. Boone
Firm: Schaerr | Jaffe LLP
Address:

    1717 K Street NW, Suite 900, Washington, DC 20006

Email address: aboone@schaerr-jaffe.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

AO 136

**CERTIFICATE OF GOOD STANDING**

# UNITED STATES DISTRICT COURT

District of Utah

I, D. Mark Jones, Clerk of the United States District Court, District of Utah, certify that

## Annika Boone

Bar # **17176**, was duly admitted to practice in this Court on 10/18/2021, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on October 18, 2021

D. Mark Jones
*Clerk*

_____
*(By) Deputy Clerk*