# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LAMAR OCI SOUTH CORPORATION, *et al.*, | Case No. 3:21-cv-226 |
| *Plaintiffs*, | |
| v. | |
| TENNESSEE DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| *Defendants*. | |

## ORDER

Pursuant to 28 U.S.C. § 455, the Honorable Debra C. Poplin, United States Magistrate Judge, has recused herself in this action. Accordingly, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable H. Bruce Guyton, United States Magistrate Judge, to handle any matters routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b) and the Rules of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**