UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JEFFREY BILYEU, individually and on behalf of all others similarly situated, *et al.*,

*Plaintiffs,*

v.

UT-BATTELLE, LLC,

*Defendant*.

Civil Action No.: 3:21-cv-352
JURY DEMANDED

# PLAINTIFFS' EXHIBIT LIST

Listed below are all exhibits Plaintiffs may introduce during the Preliminary Injunction hearing that will be held on October 26, 2021:

| Exhibit No. | Description |
| --- | --- |
| 1 | Affidavit of Elaina Cassinino |
| 2 | Affidavit of Gregory Sheets |
| 3 | Affidavit of Jeffrey Bilyeu |
| 4 | Affidavit of Jessica Bilyeu |
| 5 | Affidavit of Kristofer Torgerson |
| 6 | Affidavit of Mark Cofer |
| 7 | Affidavit of Stephanie Bruffey |
| 8 | Affidavit of William Bullock |
| 9 | Affidavit of William Webb |
| 10 | Certification of Need for Medical or Disability Accommodation from Dr. Jack Tarr On Behalf Of Gregory Sheets 9.8.2021 |
| 11 | DOE ORNL FY 2020 Report Card |
| 12 | DOE ORNL FY 2019 Report Card |
| 13 | DOE ORNL FY 2018 Report Card |
| 14 | DOE ORNL FY 2017 Report Card |
| 15 | DOE ORNL FY 2016 Report Card |
| 16 | DOE ORNL FY 2015 Report Card |
| 17 | DOE ORNL FY 2014 Report Card |
| 18 | Declaration of Dr. Jayanta Bhattacharya |

1

| | |
|---|---|
| 19 | Email from Andrew Worrall to Stephanie Bruffey 8.7.2021 8:50 PM |
| 20 | Email from Dionne Harper to BSO-Platform 10.5.2021 8:19 AM |
| 21 | Email from Jody Zahn to Jeffrey Bilyeu 9.22.2021 2:07 PM |
| 22 | Email from Jody Zahn to Jessica Bilyeu 9.22.2021 2:07 PM |
| 23 | Email from Jody Zahn to Stephanie Bruffey 9.22.2021 2:07 PM |
| 24 | Email from Jody Zahn to Mark Cofer 9.22.2021 2:07 PM |
| 25 | Email from Jody Zahn to Gregory Sheets 9.22.2021 2:07 PM |
| 26 | Email from Jody Zahn to Andy Webb 9.22.2021 2:07 PM |
| 27 | Email from Michael Pung to Chad DeGuira 10.19.2021 6:38PM |
| 28 | Email from Michelle Mazerolle to Stephanie Bruffey and Amy Hunt 9.30.21 5:25 PM |
| 29 | Email from Thomas Zacharia to All Staff 9.16.2021 12:51 PM |
| 30 | FY 2020 Mid-Year PEMP Review |
| 31 | IOSCs Main 2011-2021 |
| 32 | Letter from Dr. Jack Tarr in Support of Medical Accommodation Request of Gregory Sheets 8.30.2021 |
| 33 | Letter from Michael Holmes to ORNL in Support of Mark Cofer Medical Accommodation Request & Certification of Need Form 10.8.2021 |
| 34 | Letter from Senior Pastor Perry Garrett to ORNL in Support of Religious Accommodation Request of Stephanie Bruffey |
| 35 | Letter from Senior Pastor Phillip Martin to ORNL in support of William Bullock's Religious Accommodation Request 9.9.2021 |
| 36 | Letter in Support of Religious Accommodation Request of William Webb 10.13.2021 |
| 37 | Letter to the Editor from Dr. Bart Iddins JOEM Volume 63, Number 5, May 2021.pdf |
| 38 | Medical Accommodation Request of Gregory Sheets |

| 39 | Medical Accommodation Request of Mark Cofer |
|---|---|
| 40 | Microsoft Teams Chat between Mark Cofer and Stephen Couston 9.22.21 2:37 PM |
| 41 | ORNL Agenda 10.6.2021 |
| 42 | ORNL Benefits Summary for Personal Unpaid Leave of Absence |
| 43 | ORNL CAS Monthly Operations Summary Report for August 2021 |
| 44 | ORNL Employee Quick Reference Teleworking Guidance |
| 45 | ORNL Certification Statement Provided to Religious Accommodation Requesters |
| 46 | ORNL Fetal Cell Line Information Sheet |
| 47 | ORNL HR Letter to Gregory Sheets Denying Medical Accommodation Request |
| 48 | ORNL HR Letter to Mark Cofer Denying Medical Accommodation Request 10.19.2021 |
| 49 | ORNL Internal News 12.16.2020 |
| 50 | ORNL Leadership Team Update 4.16.2021 |
| 51 | ORNL Operational Events Timeline October 2019 – September 2021 |
| 52 | ORNL Return to Normal On-Site Operations Playbook 10.16.2021 |
| 53 | ORNL SharePoint System Decisions on Accommodation Requests of Gregory Sheets |
| 54 | ORNL Testing Protocols |
| 55 | ORNL Today 8.5.2021 |
| 56 | ORNL Today COVID-19 Update 10.17.2021 |
| 57 | ORNL Vaccine Requirement Fact Sheet 9.13.2021 |
| 58 | Religious Accommodation Request of Gregory Sheets |
| 59 | Religious Accommodation Request of Jeffrey and Jessica Bilyeu |
| 60 | Religious Accommodation Request of Mark Cofer |
| 61 | Religious Accommodation Request of Stephanie Bruffey |
| 62 | Religious Accommodation Request of William Bullock |
| 63 | Religious Accommodation Request of William Webb 9.13.2021 |
| 64 | Religious Accommodation Request of William Webb 9.17.2021 |

Respectfully submitted this the 25th day of October, 2021.

/s/ Melissa B. Carrasco
Melissa B. Carrasco (BPR # 029094)
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902
Telephone: 865-546-0500
Facsimile: 865-525-5293
E-mail: mcarrasco@emlaw.com

/s/ Mark R. Paoletta
Mark R. Paoletta*
D.C. Bar No. 422746
mpaoletta@schaerr-jaffe.com
Gene C. Schaerr*
D.C. Bar No. 416368
Brian J. Field*
D.C. Bar No. 985577
Nicholas P. Miller**
Michigan Bar No. P70694
Annika M. Boone*
Utah Bar No. 17176
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136

* Admitted *pro hac vice*
** *Pro hac vice* application pending

*Counsel for Plaintiffs and the Proposed Class*