IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JEFFREY BILYEU, JESSICA BILYEU, STEPHANIE BRUFFEEY, MARK COFER, GREGORY SHEETS, and WILLIAM WEBB, on their own behalf and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:21-cv-352<br>Jury Demanded |
| v. | ) ) | |
| UT-BATTELLE, LLC, | ) ) | |
| Defendant. | ) | |

## UT-BATTELLE, LLC'S EXHIBIT LIST
## FOR OCTOBER 26, 2021 PRELIMINARY INJUNCTION HEARING

Pursuant to the Court's Preliminary Injunction Hearing Scheduling Order, Docket No. 30, Defendant UT-Battelle, LLC ("UT-Battelle"), by and through its undersigned counsel, hereby submits its Exhibit List for the hearing to be held on October 26, 2021, as follows:

(1) Affidavit of Jessica Bilyeu

(2) Affidavit of Stephanie Holbrook Bruffey

(3) Affidavit of Mark Allen Cofer

(4) Affidavit of William Matthew Bullock

(5) Affidavit of Jeffrey Jackson Bilyeu

(6) Affidavit of William Andrew Webb

(7) Affidavit of Gregory Scott Sheets

(8) Affidavit of Jody Zahn

(9) Affidavit of John Powell

(10) Gregory Sheets Sept. 23, 2021 Email Chain

(11) Bridges v. Houston Methodist Hospital - Order Denying Temporary Restraint

(12) Klassen v. Trustees of Indiana University – Order Denying Preliminary Injunction

(13) Norris v. Samual L. Stanley, Jr. – Order Denying Motion for Temporary Restraining Order

(14) Affidavit of Amy Brown

(15) Jeffrey Bilyeu's Job Description

(16) Jessica Bilyeu's Job Description

(17) William Webb's Job Description

(18) Gregory Sheet's Job Description

(19) Mark Cofer's Job Description

(20) Affidavit of Michael W. Stafford

(21) 2nd Affidavit of Jody Zahn

(22) Affidavit of Jill Christian

(23) Affidavit of Jeremy Busby

(24) Affidavit of Melissa Reed

(25) Affidavit of Richard Raines

(26) Affidavit of Kristofer Torgerson

(27) Affidavit of Jimmy Stone

(28) August 26, 2021, Zacharia Thomas e-mails

(29) September 22, 2021, Jody Zahn e-mails

(30) ORNL Vaccine Q&A

(31) September 21, 2021, Accommodation Interview Notes

(32) Redacted Request form for Religious Accommodation

(33) Affidavit of Elaina Carol Cassinino

(34) Declaration of Dr. Jayanta Bhattacharya

(35) Dr. Jayanta Bhattacharya Compiled Tweets

Respectfully submitted,

*/s/Jonathan O. Harris*
Jonathan O. Harris, TN #021508
Keith D. Frazier, TN #012413
Darius Walker, Jr., TN #035408
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908

Luci L. Nelson, TN #36354
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street
Greenville, SC 29601

Chris R. Pace, *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111

Attorneys for Defendant

# CERTIFICATE OF SERVICE

      I hereby certify that on this the 25th day of October 2021 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Melissa B. Carrasco
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902

Mark R. Paoletta
Gene C. Schaerr
Brian J. Field
Nicholas P. Miller
Annika M. Boone
Joshua James Prince
Mark Richard Alan Paoletta
SCHAERR I JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006

                                                                             */s/Jonathan O. Harris*

49033014.1