IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY BILYEU, JESSICA BILYEU, STEPHANIE BRUFFEEY, MARK COFER, GREGORY SHEETS, and WILLIAM WEBB, on their own behalf and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case NO. 3:21-cv-352<br>) Jury Demanded |
| v. | )<br>) |
| UT-BATTELLE, LLC, | )<br>) |
| Defendant. | ) |

## DEFENDANT UT-BATTELLE, LLC'S
## MOTION TO DISMISS

Defendant UT-Battelle, LLC ("UT-Battelle") moves to dismiss Plaintiffs' claims against it pursuant to Fed. R. Civ. P. 12(b)(6), as Plaintiffs have failed to exhaust administrative remedies. The reasons in support of this Motion are set forth in the accompanying Memorandum on Law.

 

Respectfully submitted,

*/s/Jonathan O. Harris*
Jonathan O. Harris, TN #021508
Keith D. Frazier, TN #012413
Darius Walker, Jr., TN #035408
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908

Luci L. Nelson, TN #36354
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street
Greenville, SC 29601

Chris R. Pace, *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of November 2021 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Melissa B. Carrasco
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902

Mark R. Paoletta
Gene C. Schaerr
Brian J. Field
Nicholas P. Miller
Annika M. Boone
Joshua James Prince
Mark Richard Alan Paoletta
SCHAERR I JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006

*/s/ Jonathan O. Harris*