**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| JEFFREY BILYEU, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Case No. 3:21-cv-352 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| UT-BATTELLE, LLC, | ) | Magistrate Judge McCook |
| | ) | |
| *Defendant*. | ) | |

## <u>ORDER SETTING SCHEDULING CONFERENCE</u>

In accordance with Federal Rule of Civil Procedure 16(b), the undersigned United States District Judge will conduct a telephonic scheduling conference on **March 25, 2022, at 11:00 a.m. ET**. Counsel should direct any request to reschedule to **atchley_chambers@tned.uscourts.gov**, with a copy to all counsel.

The Court expects counsel to be prepared to engage in a substantive discussion of the case, including the parties' legal theories, facts in dispute, anticipated evidence, and all issues contemplated by Rule 16(a)(1) – (5) and (c)(2)(A) – (P). Counsel  who will be actively involved in the case and who have the authority to bind the parties are expected to attend the scheduling conference.

Before the scheduling conference, the parties must comply with Rule 26(a)(1), regarding initial disclosures, and Rule 26(f), requiring a discovery planning meeting. At the Rule 26(f) conference, the parties shall discuss the possibility of settlement. On or before **March 18, 2022**, the parties shall file a report outlining their discovery plan. The report must comply in all respects with Rule 26(f)(3).

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**