UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY BILYEU, et al. )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>UT-BATTELLE, LLC, )<br>)<br>*Defendant*. )<br>)<br>) | Case No. 3:21-cv-352<br><br>Judge Atchley<br><br>Magistrate Judge McCook |

## ORDER

The Court held a scheduling conference in this case on April 11, 2022. Pursuant to the representations of both parties, an attempt at mediating the dispute will take place before any further progression in this matter.

Accordingly, all current deadlines and dates are **STAYED**. The parties are **ORDERED** to submit to the Court the name of an agreed mediator—*or* a list of three mediators for the Court to choose from—no later than **April 25, 2022**.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**