UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY BILYEU, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 3:21-cv-352 |
| v. ) | |
| ) | Judge Atchley |
| UT-BATTELLE, LLC, ) | |
| ) | Magistrate Judge McCook |
| *Defendant*. ) | |
| ) | |

**ORDER**

During the Scheduling Conference the parties discussed their desire to mediate this matter. On April 25, 2022, in response to an Order from this Court, the parties filed notice indicating a mediator has been selected. [Doc. 73]. Thus, the parties appear poised to seriously discuss a resolution of this matter.

To keep the Court apprised, the parties are **ORDERED** to provide a joint-status update on or before **July 8, 2022**. This filing shall provide the Court with an update on the mediation process, and any disagreement or other issues that might emerge can be addressed as well. Failure to comply may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

                                                        **/s/** *Charles E. Atchley, Jr.*
                                                        **CHARLES E. ATCHLEY, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**