# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JEFFREY BILYEU, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:21-cv-352 |
| v. ) | |
| ) | Judge Atchley |
| UT-BATTELLE, LLC, ) | |
| ) | Magistrate Judge McCook |
| Defendant. ) | |

## ORDER

On June 30, 2022, the Court held a telephonic status conference with the parties. At the status conference, the parties explained the general details of a potential settlement in this case. Such a settlement necessitates a reassertion of class claims and adherence to Federal Rule of Civil Procedure 23. The parties and the Court agreed on a timeline to accomplish these matters.

Thus, to facilitate a timely resolution in this matter, Plaintiff shall file an Amended Complaint as soon as practicable**.** Further, the parties are to submit briefing on class certification for settlement purposes, a motion for preliminary approval, and all other related and necessary filings for these first steps toward class settlement, **no later than 45 days after entry of this order**.

SO ORDERED.

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**