IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JEFFREY BILYEU, JESSICA BILYEU, STEPHANIE BRUFFEEY, MARK COFER, GREGORY SHEETS, and WILLIAM WEBB, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:21-cv-352 Jury Demanded |
| v. | ) ) | |
| UT-BATTELLE, LLC, | ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

COME NOW the parties, by and through the undersigned counsel, and pursuant to this Court's Order entered on January 4, 2023 [Doc. 86], submit the following Joint Status Report regarding the status of mediation:

1. On December 9, 2022, the parties resumed mediation before Chad Hatmaker, Esq. The mediation lasted approximately eight (8) hours, and multiple offers and counter-offers were exchanged.

2. The matter did not resolve on December 9, 2022, but the parties agreed to leave the mediation open and continue settlement discussions with Mr. Hatmaker's assistance.

3. On December 28, 2022, the parties filed their Joint Status Report [Doc. 85], reporting that settlement discussions were ongoing, and the Court ordered the parties to provide an update on or before January 31, 2023.

4. Since the December 28, 2022 Joint Status Report, the parties have continued to exchange offers and counter-offers and, with Mr. Hatmaker's assistance, have been able to narrow some of the issues to be resolved.

1

5. The parties believe the process has been productive and that they are making progress.

6. The parties expect to continue working with Mr. Hatmaker over the coming weeks to continue this progress toward resolution.

7. Accordingly, the parties respectfully request that all deadlines in this case remain stayed to allow the parties to continue discussing potential resolution and propose reporting back to the Court in thirty (30) days.

RESPECTFULLY SUBMITTED this the 31st day of January, 2023.

/s/ *Melissa B. Carrasco*
Melissa B. Carrasco (BPR # 029094)
EGERTON, MCAFEE, ARMISTEAD
    & DAVIS, P.C.
900 S. Gay Street, Suite 1400
    Knoxville, TN 37902
Telephone: 865-546-0500
Facsimile: 865-525-5293
E-mail: mcarrasco@emlaw.com

/s/ *Brian J. Field*
Mark R. Paoletta* (D.C. Bar No. 422746)
Gene C. Schaerr* (D.C. Bar No. 416368)
Brian J. Field* (D.C. Bar No. 985577)
Nicholas P. Miller* (Mich. Bar No. P70694)
Annika M. Boone* (Utah Bar No. 17176)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
* Admitted pro hac vice
Counsel for Plaintiffs

/s/ *Jonathan O. Harris*, TN #21508
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART

SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615-254-1900
Facsimile:  615-254-1908

/s/ *Luci L. Nelson*, TN #36354
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART
The Ogletree Building
300 North Main Street
Greenville, SC 29601

/s/ *Chris R. Pace*, *Pro Hac Vice*
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART
4520 Main Street, Suite 400
Kansas City, MO 64111
Attorneys for Defendant