IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JEFFREY BILYEU, JESSICA BILYEU,    )
STEPHANIE BRUFFEY, MARK            )
COFER, GREGORY SHEETS, and         )
WILLIAM WEBB,                      )
                                   )    Case No. 3:21-cv-352
            Plaintiffs,            )    Jury Demanded
                                   )
      v.                           )
                                   )
UT-BATTELLE, LLC,                  )
                                   )
            Defendant.             )

## JOINT STATUS REPORT

COME NOW the parties, by and through the undersigned counsel, and pursuant to this Court's Order entered on April 10, 2023 [Doc. 94], submit the following Joint Status Report regarding the status of mediation:

1.      On December 9, 2022, the parties resumed mediation before Chad Hatmaker, Esq. The mediation lasted approximately eight (8) hours, and multiple offers and counter-offers were exchanged.

2.      The matter did not resolve on December 9, 2022, but the parties agreed to leave the mediation open and continue settlement discussions with Mr. Hatmaker's assistance.

3.      On December 28, 2022, the parties filed their Joint Status Report [Doc. 85], reporting that settlement discussions were ongoing, and the Court ordered the parties to provide an update on or before January 31, 2023 [Doc. 86]. The parties complied by filing their Joint Status Report on January 31, 2023 [Doc. 87].

1

4.     On February 1, 2023, the Court ordered the parties to provide an update on or before March 3, 2023 [Doc. 88].  The parties complied by filing their Joint Status Report on March 3, 2023 [Doc. 89], and the Court ordered the parties to provide an update on or before April 7, 2023 [Doc. 90].  The parties complied with this order [Doc. 93].  The Court required the parties to submit an updated status report by May 12, 2023 [Doc. 94].

5.     Since the April 7, 2023 Joint Status Report, the parties have continued to exchange offers and counter-offers and, with Mr. Hatmaker's assistance, have been able to narrow some of the issues to be resolved.

6.     On May 10, 2023, Defendant submitted a "last, best and final" offer to the Plaintiffs for their consideration.  Plaintiffs are considering this offer and intend to provide a response to this offer by May 31, 2023

7.     If Plaintiffs accept the offer, the parties propose to notify the Court and submit proposed settlement papers for the Court's review by June 14, 2023.   If they do not, the parties propose submitting, by June 7, 2023, a joint proposed schedule for resuming this litigation.

RESPECTFULLY SUBMITTED this the 12th day of May, 2023.

/s/ *Melissa B. Carrasco*
Melissa B. Carrasco (BPR # 029094)
EGERTON, MCAFEE, ARMISTEAD
      & DAVIS, P.C.
900 S. Gay Street, Suite 1400
      Knoxville, TN 37902
Telephone: 865-546-0500
Facsimile: 865-525-5293
E-mail: mcarrasco@emlaw.com

/s/ *Brian J. Field*
Mark R. Paoletta* (D.C. Bar No. 422746)

2

Gene C. Schaerr* (D.C. Bar No. 416368)
Brian J. Field* (D.C. Bar No. 985577)
Nicholas P. Miller* (Mich. Bar No. P70694)
Annika M. Boone* (Utah Bar No. 17176)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
* Admitted pro hac vice
Counsel for Plaintiffs


/s/ *Keith D. Frazier*, TN #012413
OGLETREE, DEAKINS, NASH, SMOAK
      & STEWART
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615-254-1900
Facsimile:  615-254-1908


/s/ *Luci L. Nelson*, TN #36354
OGLETREE, DEAKINS, NASH, SMOAK
      & STEWART
The Ogletree Building
300 North Main Street
Greenville, SC 29601


/s/ *Chris R. Pace*, *Pro Hac Vice*
OGLETREE, DEAKINS, NASH, SMOAK
      & STEWART
4520 Main Street, Suite 400
Kansas City, MO 64111
Attorneys for Defendant