IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY BILYEU, JESSICA BILYEU, STEPHANIE BRUFFEY, MARK COFER, GREGORY SHEETS, and WILLIAM WEBB,<br><br>      Plaintiffs,<br><br>v.<br><br>UT-BATTELLE, LLC,<br><br>      Defendant. | Case No. 3:21-cv-352<br>Jury Demanded |

## STIPULATION OF DISMISSAL OF PLAINTIFF MARK COFER

COME NOW the Parties, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate that Plaintiff Mark Cofer ("Plaintiff Cofer") as a party, any claims that Plaintiff Cofer has alleged against the Defendant, and any defenses which Defendant has asserted as to Plaintiff Cofer in this action are hereby dismissed without prejudice. This dismissal is without prejudice to the claims of the remaining Plaintiffs (Jeffrey Bilyeu, Jessica Bilyeu, Stephanie Bruffey, Gregory Sheets, and William Webb) or defenses asserted by the Defendant against the remaining Plaintiffs which shall continue unaffected by this stipulation of dismissal.

RESPECTFULLY SUBMITTED this the 12th day of May, 2023.

/s/ *Melissa B. Carrasco*
Melissa B. Carrasco (BPR # 029094)
EGERTON, MCAFEE, ARMISTEAD
    & DAVIS, P.C.
900 S. Gay Street, Suite 1400
    Knoxville, TN 37902
Telephone: 865-546-0500
Facsimile: 865-525-5293

1

E-mail: mcarrasco@emlaw.com

/s/ *Brian J. Field*
Mark R. Paoletta* (D.C. Bar No. 422746)
Gene C. Schaerr* (D.C. Bar No. 416368)
Brian J. Field* (D.C. Bar No. 985577)
Nicholas P. Miller* (Mich. Bar No. P70694)
Annika M. Boone* (Utah Bar No. 17176)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
* Admitted pro hac vice
Counsel for Plaintiffs


/s/ *Keith D. Frazier*, TN #012413
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615-254-1900
Facsimile:  615-254-1908

/s/ *Luci L. Nelson*, TN #36354
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART
The Ogletree Building
300 North Main Street
Greenville, SC 29601

/s/ *Chris R. Pace*, *Pro Hac Vice*
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART
4520 Main Street, Suite 400
Kansas City, MO 64111
Attorneys for Defendant