IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JEFFREY BILYEU, JESSICA BILYEU, )
STEPHANIE BRUFFEY, GREGORY SHEETS, )
AND WILLIAM WEBB, )
                                               )
          Plaintiffs, )        Case No. 3:21-cv-00352-CEA-JEM
                                                 )        **JURY DEMANDED**
v. )
                                                   )
UT-BATTELLE, LLC, )
                                                 )
          Defendant. )

**NOTICE OF SERVICE OF PLAINTIFFS'
RULE 26(a)(1) INITIAL DISCLOSURES**

COME NOW the Plaintiffs, Mr. Jeffrey Bilyeu ("Mr. Bilyeu"), Ms. Jessica Bilyeu ("Ms. Bilyeu"), Ms. Stephanie Bruffey ("Ms. Bruffey"), Mr. Gregory Sheets ("Mr. Sheets"), and Mr. William Webb ("Mr. Webb") (together, the "Plaintiffs"), by and through the undersigned counsel, and hereby provide notice that their Rule 26(a)(1) Initial Disclosures were served upon Defendant via e-mail this the 29th day of June, 2023.

      **RESPECTFULLY SUBMITTED** this 29th day of June, 2023.

                                    /s/ Melissa B. Carrasco
                                    Melissa B. Carrasco (BPR # 029094)
                                    EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.
                                    900 S. Gay Street, Suite 1400
                                    Knoxville, TN 37902
                                    Telephone:  865-546-0500
                                    Facsimile:  865-525-5293
                                    Email:  mcarrasco@emlaw.com

                                    /s/ Brian J. Field
                                    Mark R. Paoletta (admitted *pro hac vice*)
                                    Gene C. Schaerr (admitted *pro hac vice*)
                                    Brian J. Field (admitted *pro hac vice*)

Nicholas P. Miller (admitted *pro hac vice*)
Annika M. Boone (admitted *pro hac vice*)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone:  (202) 787-1060
Facsimile:  (202) 776-0136
mpaoletta@schaerr-jaffe.com
gschaerr@schaerr-jaffe.com
bfield@schaerr-jaffe.com
nmiller@schaerr-jaffe.com
aboone@schaerr-jaffe.com

Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, the foregoing was served via the Court's electronic filing system (ECF). Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and such parties may access this filing through the Court's electronic filing system (ECF). All other parties will be served by regular U.S. Mail or hand-delivery.

/s/ *Melissa B. Carrasco*