

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cv-352                                                        Date: April 8, 2024

        Jessica Bilyeu      vs.      UT-Battelle, LLC

**PROCEEDINGS: Final Pretrial Conference.** Parties to be present each day to promptly begin at 9:00 a.m. on April 23, 2024 in Courtroom 1A (Knoxville). Lunch will be held between 12:00 – 12:30 and will last 1 hour – 1 hour and 10 minutes. A break will be taken in the morning and afternoon. Parties expect trial to last two (2) days. Defendant shall file a brief regarding its positions on whether Plaintiff exhausted her administrative remedies before filing suit and whether it has waived this argument by 5:00 p.m (ET) on April 10, 2024. Plaintiff shall file a response by 5:00 p.m (ET) on April 11, 2024.

---

THE HONORABLE CHARLES E. ATCHLEY, JR., UNITED STATES DISTRICT JUDGE

---

Jason Huffaker                                                             Terri Grandchamp
**Deputy Clerk**                                                           **Court Reporter**

Brian Field/Melissa Carrasco                                               Keith Frazier/Lucille Nelson
**Attorneys for Plaintiff**                                                **Attorneys for Defendant**

10:33 – 12:03