UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JESSICA BILYEU, | ) |
| *Plaintiff*, | ) ) ) |
| | ) Case No. 3:21-cv-352 |
| v. | ) |
| | ) Judge Atchley |
| UT-BATTELLE, LLC, | ) |
| | ) Magistrate Judge McCook |
| *Defendant*. | ) ) |

## ORDER

The Court has received notice via email that the parties have reached a settlement in this matter. Plaintiff represents that she plans to file a stipulation of dismissal shortly.[1]

Accordingly, on or before **April 18, 2024,** the parties are **ORDERED** to file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties are put **ON NOTICE** that if no stipulation of dismissal or appropriate motion is filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(b) and Local Rule 68.1. The trial of this matter is **CANCELED** as are all remaining deadlines in the Scheduling Order [Doc. 99].

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that a stipulation of dismissal is ordinarily appropriate regardless of whether the terms of a settlement have been effectuated. "Generally, courts do not retain jurisdiction to enforce settlement agreements because those controversies implicate state law and have little to do with the original controversy that invoked federal subject-matter jurisdiction." *Limbright v. Hofmeister*, 553 F. Supp. 2d 886, 892–93 (E.D. Mich. 2008); *see Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).