UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JESSICA BILYEU, | ) | |
| *Plaintiff*, | ) ) ) | Case No. 3:21-cv-352 |
| v. | ) ) | Judge Atchley |
| UT-BATTELLE, LLC, | ) ) | Magistrate Judge McCook |
| *Defendant*. | ) ) ) | |

## JUDGMENT ORDER

The parties filed a joint stipulation of dismissal of Plaintiff's retaliation claim. [Doc. 130]. The stipulation provides that Plaintiff's retaliation claim pertaining to her performance evaluation is dismissed with prejudice. [*Id.*]. Plaintiff's retaliation claim was the only claim remaining before the Court. Accordingly, with no claims remaining, this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the file.

    **SO ORDERED.**

                                      */s/ LeAnna R. Wilson*
                                      LeAnna R. Wilson
                                      CLERK OF COURT